IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRYSTAL VORN : 
 : CIVIL ACTION
 v. : 
 : NO. 12-6930
MEGAN BRENNAN, POSTMASTER GENERAL : 
UNITED STATES POSTAL SERVICE : 

## **O R D E R**

**AND NOW**, this 27th day of June, 2017, upon consideration of Defendant's Motion to Dismiss for Failure to Prosecute (ECF No. 11), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**