IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL VORN | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 12-6930 |
| MEGAN BRENNAN | : |

## ORDER AND JUDGMENT

**AND NOW**, this 5th day of May 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25), Plaintiff's response thereto (ECF No. 26), and Defendant's Reply (ECF No. 29), it is **ORDERED** that the Motion is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant and against Plaintiff on all counts.

The Clerk of Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**